# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0200.  ALLYN BRANDT v. VIRGINIA BRANDT.**

In this modification of child support and contempt action in a divorce case, Allyn Brandt seeks discretionary review of the trial court's order entered on October 8, 2019.  Allyn Brandt filed a motion for an extension of time to file his application, which this Court granted on November 8, 2019, permitting him to file his application within 20 days of the date of the order.  The twentieth day fell on a State holiday, making the application due to this Court on December 2, 2019.  The application was filed, however, on December 3, 2019.  In recognition of the untimeliness of the filing, Allyn Brandt has filed a motion to change the filing date. He contends that counsel was in the midst of an office move and worked diligently to submit the application on time but was unsuccessful, missing the deadline by 27 minutes.

OCGA § 5-6-39 (a) (5) permits this Court to grant an extension of time for filing an application for discretionary review.  See *Gable v. State*, 290 Ga. 81, 84-85 (2) (a) (720 SE2d 170) (2011); accord Court of Appeals Rule 16 (c).  Pretermitting whether a second extension of time to file the application could have been granted, this Court may only grant an extension of time to file an application for discretionary appeal if it is made "before expiration of the period for filing as originally prescribed or as extended by a permissible previous order." OCGA § 5-6-39 (d); see also *Gable*, supra. Allyn Brandt did not seek a second extension.

Assuming that this Court has inherent authority to excuse compliance with jurisdictional requirements, such authority is necessarily limited. See, e. g., *Gable*, 290 Ga. at 85 (2) (b) (in a criminal case, an appellate court may excuse compliance with such requirements only to the extent necessary to avoid or remedy constitutional

violations). Under these circumstances, excusing compliance with jurisdictional requirements is not warranted. For these reasons, Allyn Brandt's motion to change the filing date is DENIED, and this application for discretionary appeal is hereby DISMISSED for lack of jurisdiction due to its untimeliness.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__*12/27/2019*__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*